```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 08363
    BRIAN W PETERSON
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-2549


---------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 03/09/05 and confirmed on 05/05/05.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $   24180.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4099.08 | .00 | 609.12 |
| BECKET & LEE LLP | UNSECURED | 21297.51 | .00 | 3164.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14414.66 | .00 | 2142.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9802.45 | .00 | 1456.64 |
| ECAST SETTLEMENT CORP | UNSECURED | 2430.46 | .00 | 361.17 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19805.67 | .00 | 2943.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7106.60 | .00 | 1056.04 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9933.95 | .00 | 1476.18 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10451.64 | .00 | 1553.11 |
| CITICARDS PRIVATE LABEL | UNSECURED | 6861.01 | .00 | 1019.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19449.14 | .00 | 2890.14 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6390.44 | .00 | 949.62 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 2002.83 | .00 | 2002.83 |

           Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2002.83 | .00 | 132042.61 | .00 | 134045.44 |
| PRINCIPAL PAID | 2002.83 | .00 | 19621.52 | .00 | 21624.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2002.83 | .00 | 19621.52 | .00 | 21624.35 |

```
The Debtor's attorney, SPRINGER BROWN COVEY          , was allowed $   2200.00
and was paid $    806.00  direct and $   1394.00  through the plan.

The Trustee received $    1161.65 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 08363 BRIAN W PETERSON